

## COURT OF APPEALS FOR THE
## FIRST DISTRICT OF TEXAS AT HOUSTON

### ORDER

Appellate case name:    Earl Dietrich, Ian Knight, J.J. Leal, Shannon McLeod, and Frontier MWD Systems, LLC v. Weatherford International, LLC and Weatherford, U.S., L.P.

Appellate case number:    01-19-00556-CV

Trial court case number:    2019-25169

Trial court:    61st District Court of Harris County

Appellants, Earl Dietrich, Ian Knight, J.J. Leal, Shannon McLeod, and Frontier MWD Systems, LLC, have file an unopposed motion to abate this appeal for 60 days pending finalization of a settlement agreement. The Court **grants** the unopposed motion. *See* TEX. R. APP. P. 10.3(a)(2).

This appeal is abated, treated as a closed case, and removed form this Court's active docket. The appeal will be reinstated on this Court's active docket in 60 days from the date of this order. The Court will consider an appropriate motion to extend the abatement period. The Court will also consider an appropriate motion to reinstate the appeal filed by either party or on its own motion.

It is so ORDERED.

Judge's signature:    /s/ Evelyn V. Keyes
                      ☑ Acting individually    ☐ Acting for the Court


Date: __December 5, 2019__